UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JASON HELD,<br><br>           Defendant. | Case No. 21cr3275-CAB<br><br>PRELIMINARY ORDER<br>OF CRIMINAL FORFEITURE |

WHEREAS, in the Information the United States sought forfeiture of all properties involved in the offenses charged in the Information; and

WHEREAS, pursuant to the terms of the Plea Agreement and Forfeiture Addendum between the parties, the defendant, JASON HELD ("Defendant"), consented to the forfeiture of all right, title and interest in all properties seized in connection with this case, pursuant to 21 U.S.C. § 853, which were involved in the violation of 21 U.S.C. § 841(a)(1), as charged in Count 1 of the Information to which the Defendant entered a guilty plea; and

WHEREAS, on or about January 11, 2022, the Defendant pled guilty before Magistrate Judge Michael S. Berg to Count 1 of the Information, which plea included consent to forfeiture of all properties seized in connection with this case, including all firearms and ammunition involved in the commission of the offense, including forfeiture of a Glock, Model 23, .40 caliber pistol bearing SN: BBTD388; Smith & Wesson, Model

//

640, .38 special caliber revolver bearing serial number BRK5336; and approximately 18 rounds of ammunition; and

WHEREAS, on March 29, 2022, this Court accepted Defendant's guilty plea to Count 1 of the Information; and

WHEREAS, by virtue of the facts set forth in the Plea Agreement and Forfeiture Addendum, the United States has established the requisite nexus between the Glock, Model 23, .40 caliber pistol bearing SN: BBTD388; Smith & Wesson, Model 640, .38 special caliber revolver bearing serial number BRK5336; and approximately 18 rounds of ammunition, and the offense of conviction; and

WHEREAS, by virtue of Defendant's factual admission and guilty plea to Count 1 of the Information, the Glock, Model 23, .40 caliber pistol bearing SN: BBTD388; Smith & Wesson, Model 640, .38 special caliber revolver bearing serial number BRK5336; and approximately 18 rounds of ammunition are hereby ordered forfeited to the United States, and it is now entitled to possession of said properties, pursuant to 21 U.S.C. § 853; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the following properties which are hereby found forfeitable by the Court pursuant to 21 U.S.C. § 853, namely: a Glock, Model 23, .40 caliber pistol bearing SN: BBTD388; Smith & Wesson, Model 640, .38 special caliber revolver bearing serial number BRK5336; and approximately 18 rounds of ammunition; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record to review, and no objections having been received.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the factual admission of the Defendant and his guilty plea, the United States is hereby authorized to take custody and control of the Glock, Model 23, .40 caliber pistol bearing SN: BBTD388; Smith & Wesson, Model 640, .38 special caliber revolver bearing serial number BRK5336; and approximately 18 rounds of ammunition, and the Defendant has hereby forfeited to the United States all of his right, title, and interest

//

to said properties pursuant to 21 U.S.C. § 853, for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

2. The Glock, Model 23, .40 caliber pistol bearing SN: BBTD388; Smith & Wesson, Model 640, .38 special caliber revolver bearing serial number BRK5336; and approximately 18 rounds of ammunition are to be held by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

//

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the forfeited firearms and ammunition.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Criminal Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Criminal Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 4/5/2022

_____
HON. CATHY ANN BENCIVENGO
United States District Court Judge